1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   VESTER L. PATTERSON,              ) NO. CV 11-05476-GHK (SS)
                                        )
12                 Petitioner,          )
                                        )
13          v.                          )          **JUDGMENT**
                                        )
14   RALPH M. DIAZ, Acting Warden,      )
                                        )
15                 Respondent.          )
     _____)

16

17

18        Pursuant to the Court's Order Accepting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed.

22   Ground One of the Petition is dismissed without prejudice and Grounds

23   Two through Five of the Petition are dismissed with prejudice.

24

25   DATED: 6/26/12

26                                      _____

27                                      GEORGE H. KING
                                        UNITED STATES DISTRICT JUDGE

28